UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 4:11 CR 480-03 |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| DEENA L. RIVERS, | ) | ORDER ACCEPTING PLEA |
| | ) | AGREEMENT, JUDGMENT AND |
| Defendant | ) | REFERRAL TO U. S. PROBATION |
| | ) | OFFICE |

This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge George J. Limbert, regarding the change of plea hearing of Deena L. Rivers, which was referred to the Magistrate Judge with the consent of the parties.

On October 20, 2011, the government filed a seven-count Indictment, charging Defendant Rivers with Conspiracy and False Statements to an FFL, in violation of Title 18 United States Code, Sections 2, 922(a)(6) and 924(a)(2). Defendant Rivers was arraigned on November 7, 2011, and entered a plea of not guilty to Count 7, before Magistrate Judge George J. Limbert. On January 17, 2012, Magistrate Judge George J. Limbert, received Defendant Rivers' plea of guilty to Count 7 of the Indictment, and issued a Report and Recommendation ("R&R"), concerning whether the plea should be accepted and a finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the ten days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Defendant Rivers is found to be competent to enter a plea and to understand her constitutional rights. She is aware of the charges and of the consequences of entering a plea. There is an adequate factual basis for the plea. The Court finds the plea was entered knowingly, intelligently, and voluntarily. The plea agreement is approved.

Therefore, Defendant Rivers is adjudged guilty to Count 7 of the Indictment, in violation of Title 18 United States Code, Sections 2, 922(a)(6) and 924(a)(2), Conspiracy and False Statements to an FFL. This matter was referred to the U. S. Probation Department for the completion of a pre-sentence investigation and report. Sentencing will be on April 12, 2012, at 10:00 a.m., in Courtroom 19-A, Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, Ohio.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
CHIEF JUDGE
UNITED STATES DISTRICT COURT

February 13, 2012